UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 12, 2024
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MANUEL GREENHALGH,

    Defendant.

Case No. 2:24-mj-00005-DB-7

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release MICHAEL GREENHALGH Case No. 2:24-mj-00005-DB-7 Charges 21 USC § 841(a)(1) from custody for the following reasons:

    _____ Release on Personal Recognizance

    _____ Bail Posted in the Sum of $ _____

    __x__ Unsecured Appearance Bond $   10,000.00 unsecured bond to be cosigned by defendant's mother, Stacy Greenhalgh

    _____ Appearance Bond with 10% Deposit

    _____ Appearance Bond with Surety

    _____ Corporate Surety Bail Bond

    _____ (Other): Released forthwith today where defendant must report directly to directly to the Pretrial Services office on 1/16/2024 at 9:00 AM, in Sacramento, at 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814.

Issued at Sacramento, California on January 12, 2024 at 2:58 PM

Dated: January 12, 2024

_DEBORAH BARNES_
UNITED STATES MAGISTRATE JUDGE